# EXHIBIT 1

Case: 1:22-cv-00206 Document #: 1-1 Filed: 01/13/22 Page 2 of 4 PageID #:18

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**  Reg. No. 1,596,635
Registered May 15, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## RUMMIKUB

HERTZANO, MICHA (ISRAEL CITIZEN)
P.O. BOX 21560
TEL-AVIV, ISRAEL 61214

FOR: SET OF SLAB-SHAPED, PLASTIC, PLAYING PIECES HAVING MARKINGS IN ACCORDANCE WITH A DECK OF PLAYING CARDS, AND HOLDERS FOR THE PLAYING PIECES, ALL SOLD AS A UNIT FOR USE INSTEAD OF CARDS FOR PLAYING CARD GAMES, IN CLASS 28 (U.S. CL. 22).

FIRST USE 1-1-1964; IN COMMERCE 1-1-1964.

SER. NO. 73-825,094, FILED 9-12-1989.

JEFFREY R. COHEN, EXAMINING ATTORNEY

Int. Cls.: 9 and 41

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,677,111
Registered Sep. 1, 2009

## TRADEMARK
## SERVICE MARK
PRINCIPAL REGISTER

# RUMMIKUB

FIDELMAN, ORLY (UNITED KINGDOM INDIVIDUAL)
15 VIVIAN WAY, HAMPSTEAD GARDEN SUBURB
LONDON, UNITED KINGDOM N20AB

FOR: COMPUTER GAMES SOFTWARE; ELECTRONIC ARCADE GAMES; ELECTRONIC GAMES ADAPTED TO USE WITH TELEVISION SETS; COMPUTER GAMES PROGRAMS IN THE NATURE OF SOFTWARE DOWNLOADED VIA THE INTERNET, GAMES SOFTWARE FOR USE WITH COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-26-2007; IN COMMERCE 6-26-2008.

FOR: PROVIDING NONDOWNLAODABLE COMPUTER GAMES ACCESSIBLE VIA THE INTERNET AND TELEPHONES; ORGANIZATION OF GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-9-2009; IN COMMERCE 1-9-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE WORDING "RUMMIKUB" HAS NO MEANING IN A FOREIGN LANGUAGE.

SN 77-288,852, FILED 9-25-2007.

LINDA M. KING, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,934,682**
**Registered Apr. 12, 2016**
**Int. Cls.: 9, 28 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

M&M VENTURES (2014) LIMITED (CYPRUS LIMITED LIABILITY COMPANY)
SUITES 7B & 8B, 50 TOWN RANGE
GIBRALTAR
CYPRUS

FOR: COMPUTER SOFTWARE, NAMELY, COMPUTER GAME SOFTWARE, COMPUTER GAME SOFTWARE FOR USE WITH ARCADE-BASED VIDEO GAME CONSOLES, COMPUTER GAME SOFTWARE FOR USE WITH TELEVISIONS; COMPUTER GAME SOFTWARE FOR USE IN MOBILE AND CELLULAR PHONES; COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES, PORTABLE MEDIA PLAYERS, TABLETS, HANDHELD COMPUTERS AND OTHER ELECTRONIC MOBILE DEVICES, NAMELY, SOFTWARE FOR VIDEO AND COMPUTER GAMES; DOWNLOADABLE COMPUTER GAME PROGRAMS; GAME CALCULATORS, GAME SCORE TIMERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GAMES, NAMELY, BOARD GAMES AND TILE GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: PROVIDING ONLINE NON-DOWNLOADABLE GAME SOFTWARE; PROVIDING ONLINE COMPUTER GAMES; ORGANIZATION OF BOARD GAMES AND TILE GAMES COMPETITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF A STYLIZED HUMAN FACE ENCOMPASSED BY A CIRCLE.

PRIORITY DATE OF 2-26-2015 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1264229 DATED 3-5-2015, EXPIRES 3-5-2025.

THE COLOR(S) BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 79-172,233, FILED 3-5-2015.



EDWARD FENNESSY, EXAMINING ATTORNEY

*Michelle K. Lee*
Director of the United States
Patent and Trademark Office