# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

MM Ventures (2014) Limited

                                    Plaintiff,

v.

                                    Case No.: 1:22−cv−00206

                                    Honorable Martha M. Pacold

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unidentified Associations Identified on Schedule A Hereto, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 9, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: The court gave plaintiff until 2/3/2022 to file a motion to extend the temporary restraining order. [20] at 8. Plaintiff filed a motion for extension of the temporary restraining order on 2/7/2022. [23]. Nonetheless, the court finds good cause to extend the TRO and grants the motion [23]. The TRO is extended to 2/24/2022. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.