UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

MM Ventures (2014) Limited

                                  Plaintiff,

v.                                                                      Case No.: 1:22−cv−00206
                                                                           Honorable Martha M. Pacold

Yuexu, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 23, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Defendants Huagu and Yuexu filed objections [26] to plaintiff's temporary restraining order [20], [24]. The court construes the objections as a motion to dissolve the TRO under Federal Rule of Civil Procedure 65(b)(4). Given that the earliest the court can schedule a hearing on the motion to dissolve is tomorrow, 2/24/2022, when the TRO is set to expire, the motion to dissolve [26] is denied. Plaintiff shall serve all defendants with the following notice. Plaintiff has filed a motion for preliminary injunction [27]. 1. As to defendants Huagu and Yuexu: The court presumes based on [26] that these defendants object to the motion for preliminary injunction. Plaintiff and these defendants should confer and file by 3/3/2022 a joint status report including a briefing schedule on the motion for preliminary injunction, any other update on the status of the case, and a proposed deadline for the next joint status report. 2. As to all other defendants (other than Huagu and Yuexu): The court has taken the motion for preliminary injunction [27] under advisement and will consider the motion unopposed as to these defendants if no defendant appears and objects by 3/16/2022. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.