# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

MM Ventures (2014) Limited

                    Plaintiff,

v.

Case No.: 1:22−cv−00206

Honorable Martha M. Pacold

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unidentified Associations Identified on Schedule A Hereto, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 28, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Defendant maikouhai's motion to deny plaintiff's motion for preliminary injunction [32] is granted. The only evidence that plaintiff offers to prove maikouhai's infringement is a screenshot of a product listing by maikouhai on Amazon. [14] at 101−107; [67−2]. Plaintiff alleges that this screenshot shows that maikouhai's products bear plaintiff's trademark, but the screenshot is too pixelated and blurry for the court to accurately make that determination. Accordingly, plaintiff has not met its burden of showing that there is a reasonable likelihood that plaintiff will succeed on the merits. Plaintiff's motion for preliminary injunction [27] as to defendant maikouhai is denied without prejudice. Plaintiff may refile a motion for preliminary injunction as to defendant maikouhai if it can provide evidence that clearly shows that defendant maikouhai used its trademarks. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.