# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

MM Ventures (2014) Limited

            Plaintiff,

v.

Case No.: 1:22−cv−00206

Honorable Martha M. Pacold

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unidentified Associations Identified on Schedule A Hereto, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 11, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for leave to file an amended Schedule A [88] is granted. Defendant maikouhai is hereby dismissed with prejudice and each party shall bear its own attorneys' fees and costs. Plaintiff to file the amended Schedule A on the docket by 8/16/2022. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.